IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY S. CONN**, as Administratrix of the Estate of Tony L. Armentrout, Jr., et al., | : : : : | **CIVIL ACTION NO. 1:05-CV-1002** |
| Plaintiffs | : : | (Judge Conner) |
| v. | : : | |
| **MILLIE M. BULL**, et al., | : : | |
| Defendants | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **AMY S. CONN**, as Administratrix of the Estate of Tony L. Armentrout, Jr., et al., | : : : : | **CIVIL ACTION NO. 1:06-CV-1356** |
| Plaintiffs | : : | (Judge Conner) |
| v. | : : | |
| **CLARA ROBINSON** and **JAN ALFORD**, | : : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 26th day of September, 2006, upon consideration of the report of the magistrate judge (Civil Action No. 1:05-CV-1002, Doc. 35; Civil Action No. 1:06-CV-1356, Doc. 6), to which no objections have been filed, recommending the granting of the motions to consolidate the above-captioned cases (Civil Action No. 1:05-CV-1002, Doc. 27; Civil Action No. 1:06-CV-1356, Doc. 3), and it appearing that the above-captioned cases involve common parties and common questions of fact and law, see FED. R. CIV. P. 42(a), and that none of the parties oppose consolidation of the above-captioned cases, see Cella v. Togum Constructeur

<u>Ensembleier en Industrie Alimentaire</u>, 173 F.3d 909, 912-13 (3d Cir. 1999) (discussing consolidation), it is hereby ORDERED that the report and recommendation of the magistrate judge (Civil Action No. 1:05-CV-1002, Doc. 35; Civil Action No. 1:06-CV-1356, Doc. 6) is ADOPTED as follows:

1. The motions (Civil Action No. 1:05-CV-1002, Doc. 27; Civil Action No. 1:06-CV-1356, Doc. 3) to consolidate the above-captioned cases are GRANTED.

2. The above-captioned cases are CONSOLIDATED for all purposes.

3. The Clerk of Court is directed to CONSOLIDATE the case docketed as Civil Action No. 1:06-CV-1356 into the case docketed as Civil Action No. 1:05-CV-1002 and to CLOSE the case docketed as Civil Action No. 1:06-CV-1356.

4. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:05-CV-1002.

5. The case management order issued in Civil Action No. 1:06-CV-1356 (Doc. 11) shall remain applicable in Civil Action No. 1:05-CV-1002.

6. The above-captioned case is REMANDED to the magistrate judge for further proceedings.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge