IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY S. CONN**, as Administratrix of the Estate of Tony L. Armentrout, Jr., et al., | : : : | CIVIL ACTION NO. 1:05-CV-1002 |
| Plaintiffs | : : | (Judge Conner) |
| v. | : : | (CONSOLIDATED) |
| **MILLIE M. BULL**, et al., | : : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 20th day of February, 2007, upon consideration of defendants' emergency local rule 72.2 appeal (Doc. 45), requesting that this court postpone the deposition of Daniel M. Green pending decision regarding the discoverability of the child death report prepared by Mr. Green, and, following a telephone conference with the parties, it is hereby ORDERED that:

1. The emergency appeal (Doc. 45) is DENIED without prejudice.

2. The deposition of Daniel M. Green will proceed as scheduled.

    a. At such deposition, Mr. Green shall describe the contents of his file regarding the above-captioned case.

    b. The parties shall use their best efforts to resolve any disputes regarding the production of materials contained within the file.

    c. Should any issues regarding the production of materials remain, this court shall defer review of such issues pending decision by Magistrate Judge Smyser.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge